# United States District Court
## District of Connecticut

Silver

SCANNED at and Emailed MWG
4/17/23 by N. 2 pages

Case No: 3:18-cv-0903
3:20-cv-1245

v.

Sharron LaPlante et al
Ned Lamont et al

Date: April 18th 2023

## Writ of execution / Motion For Breach of Contract Sanctions

Pursuant Federal Rules of Civil Procedure 69(a)(1) and 28 U.S.C. § 1961 the Plaintiff hereby moves this Honorable Court to enforce the contractually binded Monetary Judgement facilitated by Honorable Judge Spector over 3 months ago. That of which no Party has Provided the Plaintiff despite the Plaintiffs numerous request for them to do so in addition to several filings set forth on the record aswell After months of inquiries on a Phone call with Attorney Nathaniel Baber (That he was unaware was being recorded) Simply for the Plaintiff requesting to be sent the above Settlement funds Attorney Baber became unreasonably hostile, Threatened to Terminate Representation of the Plaintiff and then Hung up the Phone on him. See Argento v Village of Melrose Park 838 F.2d 1483 (7th cir 1988) If such action occurs it will indeed constitute a Breach of contract and will Prejudice the Plaintiff who is now Time barred from retrieving certain discovery. As such, if Mr Baber Terminates or withdraws from said contract Prior

to fulfilling his contractual obligations (to which the Plaintiff has not relieved him from) The Plaintiff moves for the instant Breach of Contract Sanction in an amount determined by the court be imposed. The Plaintiff also requests the interest he is entitled for such an Untimely Cooperation with Contractual Obligation If in any event after he files this Writ with the Court any Party attempts to thereafter Send the Plaintiff funds in feeble attempt to make his matter Moot, On Substantive Due Process Grounds the Plaintiff requests the court to still hold a hearing to determine if and what amount of Interest on the Judgement the Plaintiff is entitled. See 28 U.S.C. §1961 See Zinermon v Burch 494 U.S. 113, 125, 110 S. Ct 975 (1990) See also County of Sacremento v Lewis 523 U.S 833, 840, 118 S. Ct 975 (1990) ("Wrongful and arbitrary actions regardless of the Procedures used to implement them has long since been barred")

Wherefore, As a matter of Law and Justice the Plaintiff Moves for the Grant of this Writ entirely

## Certification

It is hereby certified that a copy of the forgoing has been sent to all Parties of record this 12th day of April 2023

Submitted: